**E-Filed 3/13/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID RUTJES,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>        Defendants. | Case Number C 07-03796 JF (RS)<br><br>ORDER[1] DISMISSING COMPLAINT WITHOUT PREJUDICE<br><br>[Re: Docket No. 1] |

On July 24, 2007, Plaintiff David Rutjes ("Rutjes") filed the instant action seeking reversal of the determination by Defendant Commissioner of Social Security ("Commissioner") that Rutjes became disabled on February 6, 2006 rather than on February 4, 2005, as Rutjes had alleged. On July 24, 2007, the Court released its procedural order for social security review actions, requiring, *inter alia*: 1) the Commissioner to serve and file an answer, together with a certified copy of the transcript of the administrative record, within ninety days of receipt of service of the summons and complaint; and 2) Rutjes to serve and file a motion for summary judgment or for remand within thirty days of service of the Commissioner's answer.

---

[1] This disposition is not designated for publication in the official reports.

Case No. CV 07-03796 JF (RS)
ORDER DISMISSING PETITION WITHOUT PREJUDICE
(JFEX1)

On December 31, 2007, the Commissioner served an answer together with a copy of the transcript of the administrative record. Rutjes has not responded within the required time frame and still has not filed any motion as of today.[2] Accordingly, the Court will dismiss the petition without prejudice.

## IV.  ORDER

The petition is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: 3/13/09

_____
JEREMY FOGEL
United States District Judge

---

[2] On September 27, 2007, Rutjes filed the certificate of service regarding the petition and the procedural order, and there has been no activity by Rutjes since.

1  This Order was served on the following persons:

2  Eric K. H. Chinn    eric.chinn@ssa.gov

3  Kerry L. Hames
   Scher & Bassett
4  465 South Mathilda Avenue
   Suite 210
5  Sunnyvale, CA 94086

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. CV 07-03796 JF (RS)
ORDER DISMISSING PETITION WITHOUT PREJUDICE
(JFEX1)                                    3